The award for the realty is apportioned as follows:

| | | |
|---|---|---:|
| United States Fire Insurance | | |
| Company of New York | | $ 4,000.00 |
| Clinton G. Ortgiesen | | 1,875.00 |
| Rilla Ortgiesen | | 1,875.00 |
| Grace Hanson | | 1,875.00 |
| Edith Robbins Leider | | 468.75 |
| Alice Margaret Thompson | | 468.75 |
| Ellen Lucille Robbins | | 468.75 |
| Warren G. Robbins | | 468.75 |
| | Total: | $11,500.00 |

The award for personalty is as follows:

| | | |
|---|---|---:|
| Clinton G. Ortgiesen | | $1,000.00 |
| Grace Hanson | | 70.00 |
| Rilla Ortgiesen | | 181.00 |
| | Total: | $1,251.00 |

Therefore, claimants are awarded the sum of $12,751.00, as set forth above.

(No. 5696—)

LIVINGSTON SERVICE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, Respondent.

*Opinion filed February 26, 1970.*

LIVINGSTON SERVICE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

DOVE, J.